STATE OF LOUISIANA                    NO. 24-KH-411

VERSUS                                FIFTH CIRCUIT

RONALD FAIRMAN                        COURT OF APPEAL

                                      STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 24, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** RONALD FAIRMAN

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JACQUELINE F. MALONEY, DIVISION "D", NUMBER 14-1248

---

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Timothy S. Marcel

**WRIT DENIED**

Relator, Ronald Fairman, seeks review of the district court's August 6, 2024 judgment denying his third, *pro se*, application for post-conviction relief ("APCR").  Relator's convictions and fourth felony offender sentences resulting from charges of possession of a firearm by a convicted felon (count one), resisting a police officer (counts three and four), and battery on a police officer (counts two and five) became final by the end of 2015.  *See State v. Fairman*, 173 So.3d 1278, 1282 (La. App. 5 Cir. 9/23/15).  He specifically seeks review of the district court's refusal to address the merits of the claims related to his alleged actual innocence and the existence of facts not (previously known) to him or his attorney.[1]

First, La. C.Cr.P. art. 926.2, effective date, August 1, 2021, provides for a freestanding claim of factual innocence not based on DNA evidence.  Relator's supporting documentation, *i.e.*, citations to a 1983 Supreme Court case and a 2022 executive order banning the use of chokeholds and carotid restraints by federal law enforcement agencies, does not qualify as "new, reliable, and noncumulative evidence that would be legally admissible at trial and that was not known or discoverable at or prior to trial," as required by La. C.Cr.P. art. 926.2 B(1)(a).  *See* La. C.Cr.P. art. 930.2.

Second, Relator alleges that his constitutional rights were violated when he was not allowed to confront or cross-examine the person who made an anonymous 9-1-1 call, which was admitted into evidence at trial.  One of the deputies who

---

[1] We note that Relator's other APCR claims – regarding the non-unanimous jury verdict and double jeopardy – are successive and repetitive under La. C.Cr.P. art. 930.4 and were reviewed by this Court in a previous writ and appeal, respectively.  *See Fairman*, *supra* and *State of Louisiana, ex rel. Ronald Fairman, DOC #398483*, 21-KH-292 (La. App. 5 Cir. 6/22/2021) (unpublished writ opinion).

responded to the call was allowed to testify about the report regarding the man inside Pee-Wee's Lounge threatening patrons with a firearm. But the record on appeal shows that Relator's counsel unsuccessfully objected to the introduction of the 9-1-1 call on grounds he now argues constitutes a previously unknown error sufficient to trigger the exception provided by La. C.Cr.P. art. 930.8(A)(1), allowing a defendant to file an APCR more than two years after his conviction and sentence has become final when "[t]he application alleges, and the petitioner proves or the state admits, that the facts upon which the claim is predicated were not known to the petitioner or his prior attorneys." However, "a defendant's late realization that an error may have occurred at trial does not qualify as the discovery of a new fact for purposes of the exception set out in La. C.Cr.P. art. 930.8(A)." *State v. Parker*, 98-256 (La. 5/8/98), 711 So.2d 694, 695 (*per curiam*). Further, Relator failed to assign this alleged error in his previous appeal. *See* La. C.Cr.P. art. 930.4(C), (E); *Fairman*, *supra*.

Based on the foregoing, the writ application is denied.

Gretna, Louisiana, this 24th day of September, 2024.

**MEJ**
**JGG**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **09/24/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-411**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Jacqueline F. Maloney (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Ronald Fairman #398483 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327